

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-14-00232-CR

---

CHRISTI BETH PERRIN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court No. 004-82924-2014

---

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Erik F. Gierczyk, an assistant district attorney with the Collin County[1] District Attorney's Office, has filed a motion to extend the deadline for filing the State's brief in this matter. The brief was due May 13, 2015.

In his motion, counsel does not provide the Court with a reasonable explanation of the need for an extension of time. This Court interprets Rule 10.5(b)(2) of the Texas Rules of Appellate Procedure as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of cases in which other briefs were filed, the dates they were filed, the dates, cause numbers and courts of matters scheduled for trial, the exact dates of trial (if known), the expected duration of trial, etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(2).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant the State's motion and extend the deadline for filing the State's brief by twenty-one days, making the brief now due June 3, 2015. Absent extraordinary circumstances, further requests for extensions of time will not be granted.

---

[1]Originally appealed to the Fifth Court of Appeals in Dallas, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Fifth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

IT IS SO ORDERED.

BY THE COURT

Date: May 19, 2015